### CHILSON v. HOWE.

*(Supreme Court, General Term, Fifth Department.　October 19, 1889.)*

No opinion.　Order and interlocutory judgment affirmed on opinion of BRADLEY, J., at special term.　5 N. Y. Supp. 780.

---

### CODDINGTON v. BAUER.

*(Supreme Court, General Term, Fifth Department.　October 19, 1889.)*

No opinion.　Memorandum decision of this court amended to read: "Judgment affirmed."　For report of decision amended, see 6 N. Y. Supp. 355.

---

### CROWNINSHIELD v. BOARD OF SUPERVISORS OF CAYUGA COUNTY.

*(Supreme Court, General Term, Fifth Department.　October 19, 1889.)*

PER CURIAM.　Judgment ordered on the submission in favor of the plaintiff, in accordance with the decision of this court in the case of *Wood* v. *Supervisors*, 2 N. Y. Supp. 369, with costs against the board of supervisors; judgment to be settled by DWIGHT, J.

---

### DELAWARE, L. & W. R. Co. v. BURKARD.

*(Supreme Court, General Term, Fifth Department.　October 19, 1889.)*

No opinion.　Judgment affirmed, under decision of the court of appeals.　114 N. Y. 197, 21 N. E. Rep. 156.

---

### ELLIOTT v. NEW YORK CENT. & H. R. R. Co.

*(Supreme Court, General Term, Fifth Department.　October 19, 1889.)*

No opinion.　Motion for leave to appeal to the court of appeals denied.　For former report, see 6 N. Y. Supp. 363.

---

### FELT v. BOWDITCH.

*(Supreme Court, General Term, Fifth Department.　October 19, 1889.)*

Argued before BARKER, P. J., and DWIGHT, J.

No opinion.　Order modified so as to reduce the extra allowance of costs to the sum of $315.82, being 5 per cent. on the recovery, and as modified affirmed, without costs of this appeal.

---

### FOSTER v. BROWN.　(No. 1.)

*(Supreme Court, General Term, Fifth Department.　October 19, 1889.)*

No opinion.　Order affirmed, with $10 costs and disbursements.

---

### HARRINGTON v. RUSSELL.

*(Supreme Court, General Term, Fifth Department.　October 19, 1889.)*

No opinion.　Judgment and order affirmed.